

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-19-00284-CV |
| IN THE MATTER OF THE EXPUNCTION OF | § | Appeal from the |
| | § | 171st  District Court |
| O.A.T. | § | of El Paso County, Texas |
| | § | (TC#2015DCV3011) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment.  We therefore reverse the judgment of the court below and render judgment denying the expunction.

We further order that Appellant recover from Appellee the appellate costs incurred by Appellant, for which let execution issue.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF AUGUST, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.